UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-10909-RGS

CARLA BOUVIER

v.

BANK OF AMERICA, NA, et al.

ORDER OF RECUSAL

May 17, 2007

STEARNS, D.J.

As a shareholder in defendant Bank of America NA, I am required by law to recuse myself from presiding in this case. See 28 U.S.C. § 455(b)(4). The case will be returned to the Clerk to be redrawn.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE