CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:07-cv-10457-RGS

| | |
|---|---|
| Murphy v. LG Philips LCD CO., et al | Date Filed: 03/07/2007 |
| Assigned to: Judge Richard G. Stearns | Date Terminated: 05/17/2007 |
| Cause: 15:1 Antitrust Litigation | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Christopher Murphy**
*on behalf of himself and all other similarly situated*

represented by **Daniel D'Angelo**
Gilman and Pastor, LLP
225 Franklin Street
16th Floor
Boston, MA 02110
617-742-9700
Fax: 617-742-9701
Email: Ddangelo@gilmanpastor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth G. Gilman**
Gilman and Pastor, LLP
225 Franklin Street
16th Floor
Boston, MA 02110
617-742-9700
Fax: 617-742-9701
Email: kgilman@gilmanpastor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Philips LCD Co., Ltd.**

**Defendant**

**LG Philips LCD America, Inc.**

**Defendant**

**Samsung Electronics Co. Ltd.**

**Defendant**

**NEC Corporation**

**Defendant**
NEC Electronics America, Inc.

**Defendant**
NEC LCD Technologies LTD

**Defendant**
Hitachi America, LTD

**Defendant**
Hitachi Displays, LTD

**Defendant**
Hitachi Electronic Devices (USA), Inc.

**Defendant**
Hitachi, LTD.

**Defendant**
IDT International LTD

**Defendant**
International Display Technology Co, LTD

**Defendant**
International Display Technology USA Inc.

**Defendant**
Sanyo Epson Imaging Devices Corporation

**Defendant**
Sharp Corporation

**Defendant**
Sharp Electronics Corporation

**Defendant**
Toshiba Corp.

**Defendant**
Toshiba Matsushita Display Technology Co.LTD

**Defendant**

**AU Optronics Corp.**

**Defendant**

**AU Optronics Corporation America**

**Defendant**

**Chi Mei Optoelectronics**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | | ELECTRONIC NOTICE of Case Assignment. Judge Richard G. Stearns assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler (Flaherty, Elaine) (Entered: 03/07/2007) |
| 03/07/2007 | | Summons Issued as to NEC LCD Technologies LTD, Hitachi America, LTD, Hitachi Displays, LTD, Hitachi Electronic Devices (USA), Inc., Hitachi America, LTD, IDT International LTD, International Display Technology Co., International Display Technology USA Inc., Sanyo Epson Imaging Devices Corporation, Sharp Corporation, Sharp Electronics Corporation, Toshiba Corp., Toshiba Matsushita Display Technology Co.LTD, AU Optronics Corp., AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., LG Philips LCD CO.,, LG Philips LCD America, Inc., Samsung Electronics Co. Ltd., NEC Corporation, NEC Electronics America, Inc.. (Flaherty, Elaine) (Entered: 03/07/2007) |
| 03/07/2007 | 1 | COMPLAINT against NEC LCD Technologies LTD, Hitachi America, LTD, Hitachi Displays, LTD, Hitachi Electronic Devices (USA), Inc., Hitachi America, LTD, IDT International LTD, International Display Technology Co., International Display Technology USA Inc., Sanyo Epson Imaging Devices Corporation, Sharp Corporation, Sharp Electronics Corporation, Toshiba Corp., Toshiba Matsushita Display Technology Co.LTD, AU Optronics Corp., AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA, Inc., LG Philips LCD CO.,, LG Philips LCD America, Inc., Samsung Electronics Co. Ltd., NEC Electronics America, Inc. , filed by Christopher Murphy. (Attachments: # 1)(Flaherty, Elaine) (Entered: 03/08/2007) |
| 03/12/2007 | | Filing fee: $ 350.00, receipt number 78714 for 1 Complaint,, (Diskes, Sheila) (Entered: 03/12/2007) |
| 05/14/2007 | 2 | copy of MDL Conditional Transfer Order number 1 in MDL Case 1827 received from the MDL Panel requesting transfer of case for consolidated pretrial proceedings. (Jones, Sherry) (Entered: 05/14/2007) |
| 05/17/2007 | | Case transferred to to District of California pursuant to Conditional |

| | | |
|---|---|---|
| | | Transfer Order entered by the MDL Panel on 5/11/07 Original file and certified copy of transfer order and docket sheet sent to the Clerk in that district. (Flaherty, Elaine) (Entered: 05/17/2007) |
| 05/17/2007 | 3 | Judge Richard G. Stearns : ORDER entered. ORDER OF RECUSAL. (Flaherty, Elaine) Modified on 5/17/2007 (Flaherty, Elaine).PLEASE NOTE THIS ENTRY WAS ENTERED IN WRONG CIVIL ACTION PLEASE DISREGARD (Entered: 05/17/2007) |
| 05/17/2007 | | Notice of correction to docket made by Court staff. Correction: document 3 corrected because: entered in error on wrong docket (Flaherty, Elaine) (Entered: 05/17/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/25/2007 18:04:42 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-10457-RGS |
| Billable Pages: | 2 | Cost: | 0.16 |