Law Offices
Of

# Lingel H. Winters
A PROFESSIONAL CORPORATION
ALCOA BUILDING, SUITE 400
ONE MARITIME PLAZA
SAN FRANCISCO, CALIFORNIA 94111
(415) 398-2941

July 3, 2002

Hon. Susan Illston
United States District Court
450 Golden Gate Ave.
San Francisco, CA 94111

          Re:  Case No. M-07-1827
              -EMW, Inc.'s Motion to Appoint Interim Class Counsel
              For the California Indirect Purchasers Subgroup
              Document Nos. 159, 161-163, 170, 171, 175
              -EMW, Inc.'s Motion for Order Shortening Time
               re: said motion Document Nos. 164-166, 168

Dear Judge Illston,

   This letter is to request the status of the above EMW, Inc.'s Motion to Appoint Interim Class Counsel for the California Indirect Purchasers Subgroup (Document Nos. 159, 161-163, 175) and Motion for Order Shortening Time (164-166, 168) for the Motion to be heard on July 10, 2007 at 10:00 AM per instruction from Ms. Tracy Sutton. (EMW, Inc.s Related Case Order is document no. 180 in Case No. M-07-1827).

                                   Respectfully submitted,
                                   Lingel H. Winters